1  STEVE W. BERMAN (*pro hac vice* pending)
   steve@hbsslaw.com
2  MARK S. CARLSON (*pro hac vice* pending)
   markc@hbsslaw.com
3  HAGENS BERMAN SOBOL SHAPIRO LLP
   1918 Eighth Avenue, Suite 3300
4  Seattle, Washington 98101
   Telephone:   (206) 623-7292
5  Facsimile:   (206) 623-0594

   KELLY M. KLAUS (SBN 161091)
   kelly.klaus@mto.com
   ROHIT K. SINGLA (SBN 213057)
   rohit.singla@mto.com
   ELIA HERRERA (SBN 293278)
   elia.herrera@mto.com
   MUNGER, TOLLES & OLSON LLP
   560 Mission Street, 27th Floor
   San Francisco, California 94105-2907
   Telephone:   (415) 512-4000
   Facsimile:   (415) 512-4077

7  RIO S. PIERCE (SBN 298297)
   riop@hbsslaw.com
8  HAGENS BERMAN SOBOL SHAPIRO LLP
   715 Hearst Avenue, Suite 202
9  Berkeley, California 94710
   Telephone:   (510) 725-3000
10 Facsimile:   (510) 725-3001

   GLENN D. POMERANTZ (SBN 112503)
   glenn.pomerantz@mto.com
   JOHN L. SCHWAB (SBN 301386)
   john.schwab@mto.com
   MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue. 50th Floor
   Los Angeles, California 90071-3426
   Telephone:   (213) 683-9100
   Facsimile:   (213) 687-3702

11 *Attorneys for Plaintiffs*

12 *Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REARDEN LLC and REARDEN MOVA LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>PARAMOUNT PICTURES CORPORATION and PARAMOUNT HOME ENTERTAINMENT DISTRIBUTION INC.,<br><br>Defendants. | Case No. 3:17-cv-04192-JST<br><br>**JOINT STIPULATION PURSUANT TO CIVIL LOCAL RULE 6-1(a) EXTENDING DEADLINE FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>Judge:   Hon. Jon S. Tigar |

Plaintiffs Rearden LLC and Rearden MOVA LLC ("Plaintiffs") and Paramount Pictures Corporation and Paramount Home Entertainment Distribution, Inc. ("Defendants"), by and through their counsel of record, stipulate as follows:

**WHEREAS**, on July 24, 2017, Plaintiffs filed their complaint against Defendants (Dkt. 1);

**WHEREAS**, Plaintiffs served Defendants on July 28, 2017 (Dkt. 8-9);

**WHEREAS**, absent an extension of time, Defendants' deadline for answering or otherwise responding to the Complaint would be August 18, 2017;

**WHEREAS**, the Parties stipulate that Defendants' deadline to answer or otherwise respond to the Complaint is extended to and including September 15, 2017;

**WHEREAS**, this extension of time will not alter the date of any event or any deadline already fixed by Court Order, and therefore the Parties intend for the extension of time to be effective immediately pursuant to Civil Local Rule 6-1(a);

**NOW THEREFORE**, pursuant to Civil Local Rule 6-1, Defendants' deadline to answer or otherwise respond to the Complaint shall be extended to and including September 15, 2017.

**IT IS SO STIPULATED.**

DATED: August 11, 2017          HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Mark S. Carlson*
         MARK S. CARLSON

*Attorneys for Plaintiffs*

DATED: August 11, 2017          MUNGER, TOLLES & OLSON LLP

By: */s/ Kelly M. Klaus*
         KELLY M. KLAUS

*Attorneys for Defendants*

**CIVIL LOCAL RULE 5-1 ATTESTATION**

I, Kelly M. Klaus, am the ECF user whose credentials were utilized in the electronic filing of this document. In accordance with Civil Local Rule 5-1(*i*)(3), I hereby attest that Mark S. Carlson concurred in the filing of this document.

                                                      */s/Kelly M. Klaus*