| | |
|---|---|
| KELLY M. KLAUS (SBN 161091)<br>kelly.klaus@mto.com<br>ROHIT K. SINGLA (SBN 213057)<br>rohit.singla@mto.com<br>ELIA HERRERA (SBN 293278)<br>elia.herrera@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, 27th Floor<br>San Francisco, California 94105-2907<br>Telephone: (415) 512-4000<br>Facsimile: (415) 512-4077<br><br>GLENN D. POMERANTZ (SBN 112503)<br>glenn.pomerantz@mto.com<br>JOHN L. SCHWAB (SBN 301386)<br>john.schwab@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>350 South Grand Avenue, 50th Floor<br>Los Angeles, California 90071-3426<br>Telephone: (213) 683-9100<br>Facsimile: (213) 687-3702<br><br>*Attorneys for Defendants* | STEVE W. BERMAN (*pro hac vice*)<br>steve@hbsslaw.com<br>MARK S. CARLSON (*pro hac vice*)<br>markc@hbsslaw.com<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1918 Eighth Avenue, Suite 3300<br>Seattle, Washington 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br><br>RIO S. PIERCE (SBN 298297)<br>riop@hbsslaw.com<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, California 94710<br>Telephone: (510) 725-3000<br>Facsimile: (510) 725-3001<br><br>*Attorneys for Plaintiffs* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REARDEN LLC and REARDEN MOVA LLC,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>THE WALT DISNEY COMPANY, WALT DISNEY MOTION PICTURES GROUP, INC., BUENA VISTA HOME ENTERTAINMENT, INC., MARVEL STUDIOS, LLC, and MANDEVILLE FILMS, INC.,<br><br>　　　　Defendants. | Case Nos.　　3:17-cv-04006-JST<br>　　　　　　　　3:17-cv-04191-JST<br>　　　　　　　　3:17-cv-04192-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' FILING OF FIRST AMENDED COMPLAINTS AND BRIEFING SCHEDULE ON MOTIONS TO DISMISS THE SAME**<br><br>Judge:　Hon. Jon S. Tigar |

38072585.1

| | |
|---|---|
| 1 | REARDEN LLC and REARDEN MOVA LLC, |
| 2 | |
| 3 | Plaintiffs, |
| 4 | vs. |
| 5 | TWENTIETH CENTURY FOX FILM CORPORATION and TWENTIETH CENTURY FOX HOME |
| 6 | ENTERTAINMENT LLC, |
| 7 | Defendants. |
| 8 | |
| 9 | REARDEN LLC and REARDEN MOVA LLC, |
| 10 | Plaintiffs, |
| 11 | vs. |
| 12 | PARAMOUNT PICTURES CORPORATION and PARAMOUNT |
| 13 | HOME ENTERTAINMENT DISTRIBUTION INC. |
| 14 | |
| 15 | Defendants. |

38072585.1

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | Plaintiffs and Defendants in the above-captioned action, by and through their counsel of |
| 3 | record, stipulate as follows: |
| 4 | **WHEREAS**, on February 22, the Court granted Defendants' motions to dismiss Plaintiffs' |
| 5 | original complaints in theabove-captioned cases in part, and dismissed certain claims without |
| 6 | prejudice (No. 17-cv-04006, Dkt. 60); |
| 7 | **WHEREAS**, Plaintiffs have provided Defendants with proposed amended complaints after |
| 8 | the Court's decision; |
| 9 | **WHEREAS**, Defendants do not object to the filing of the amended complaints, based on |
| 10 | Plaintiffs' agreement and the Court's approval of a stipulated schedule on motions to dismiss the |
| 11 | amended complaints that Defendants intend to file; |
| 12 | |
| 13 | **NOW THEREFORE**, for good cause, the parties stipulate as follows: |
| 14 | [1]  Defendants do not oppose Plaintiffs' filing of the proposed First Amended |
| 15 | Complaints in the above-captioned cases.  The Parties agree that by entering this Stipulation, |
| 16 | Defendants do not waive any objections to the amendments that may be asserted in motions to |
| 17 | dismiss or other appropriate motions. |
| 18 | [2]  The Defendants in each case shall have 30 days from the date Plaintiffs file each |
| 19 | First Amended Complaint to file motions to dismiss them. |
| 20 | [3]  Plaintiffs shall have 21 days from the date each such motion to dismiss is filed to |
| 21 | file their opposition. |
| 22 | [4]  Defendants in each case shall have 21 days from the date the opposition brief is |
| 23 | filed to file their reply. |
| 24 | **IT IS SO STIPULATED.** |

38072585.1

| | |
|---|---|
| DATED: March 6, 2018 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | |
| | By:    */s/ Steve Berman* |
| |       STEVE BERMAN |
| | *Attorneys for Plaintiffs* |
| DATED: March 6, 2018 | MUNGER, TOLLES & OLSON LLP |
| | |
| | By:    */s/ Kelly M Klaus* |
| |       KELLY M. KLAUS |
| | *Attorneys for Defendants* |

### CIVIL LOCAL RULE 5-1 ATTESTATION

I, Steve Berman, am the ECF user whose credentials were utilized in the electronic filing of this document. In accordance with Civil Local Rule 5-1(*i*)(3), I hereby attest that Kelly M. Klaus concurred in the filing of this document.

                                        */s/ Steve Berman*
                                        Steve Berman

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  March 7 , 2018

                                      The Honorable Jon S. Tigar